UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DOMINIQUE HAMILTON, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) 2:20-cv-00285-JDL <br> ) |
| STATE FARM INSURANCE COMPANY, et al., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 6, 2020, Dominique Hamilton filed a complaint against State Farm Insurance Company[1] and Marisa Brown (ECF No. 1), along with a motion for leave to proceed *in forma pauperis* (ECF No. 2). Pursuant to 28 U.S.C.A. § 1915(e)(2)(B) (West 2020), United States Magistrate Judge John C. Nivison conducted a preliminary review of the complaint. Following his review, the Magistrate Judge filed a Report and Recommended Decision on August 12, 2020, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2020) and Fed. R. Civ. P. 72(b), recommending that the complaint be dismissed without prejudice because this Court lacks subject matter jurisdiction over Hamilton's claim (ECF No. 5).

---

[1] This case was docketed as "Dominique Hamilton v. State Farm and Casualty Company, et al." and the Magistrate Judge's Report and Recommended Decision issued with this name in the caption. *See* ECF No. 5. However, Hamilton's complaint names "State Farm Insurance Company" as a defendant as opposed to "State Farm and Casualty Company. *See* ECF No. 1 at 1-2, 4. Accordingly, I have captioned this Order with the proper name.

1

The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object within fourteen days of service would waive the right to *de novo* review and appeal. ECF No. 5.

I have reviewed and considered the Report and Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Report and Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Report and Recommended Decision (ECF No. 5) of the Magistrate Judge is hereby **ACCEPTED** and the complaint (ECF No. 1) is **DISMISSED**.

   **SO ORDERED.**

   **Dated this 22nd day of October, 2020.**

                              /s/ Jon D. Levy
                              **CHIEF U.S. DISTRICT JUDGE**